IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DOES, T.B. and D.B., individually and**     **PLAINTIFFS**
**as parents and next friends of C.B.**

v.     **CASE NO. 4:20-CV-00104-BSM**

**JOHNNY KEY, In his Official Capacity**
**as Commissioner of Education and Secretary**
**of the Arkansas Department of Education**     **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 4th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE